TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-06-00561-CR








Harold Maurice Hunter, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT


NO. 11,896, HONORABLE TERRY L. FLENNIKEN, JUDGE PRESIDING






O R D E R


 


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Ms. Valerie A. Bullock, is ordered to tender a brief in this cause no later than
March 1, 2007.

It is ordered February 7, 2007. 


Before Justices Patterson, Pemberton and Waldrop

Do Not Publish